# Court of Appeals
# of the State of Georgia

ATLANTA,___June 23, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1737.  BRUCE WAYNE HUEY v. THE STATE.**

Bruce Wayne Huey was convicted of aggravated child molestation and other crimes, and we affirmed his convictions on appeal in an unpublished opinion.  *Huey v. State*, Case No. A12A1698, decided March 29, 2013.  Huey later filed an extraordinary motion for new trial, which the trial court denied.  He then appealed to the Supreme Court, which transferred the appeal here upon finding no basis for jurisdiction in that Court.  An order denying an extraordinary motion for new trial must be appealed by application for discretionary appeal.[1]  OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997).  We lack jurisdiction to consider this direct appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_06/23/2014_____
*I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____, *Clerk.*

---

[1] Huey also filed a discretionary application, which was dismissed as untimely.